IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-03103-PAB-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

$14,060.  IN UNITED STATES CURRENCY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the United States Motion to Vacate Scheduling Conference and Related Deadlines (docket no. 23) is GRANTED finding good cause shown.  The Rule 16 Scheduling Conference set on April 7, 2011, at 9:30 a.m. is VACATED.  Judge Brimmer has now granted Claimant Kenneth Hart's Motion to Withdraw Answer and Claim of Interest.  See docket no. 25.  Accordingly, it is hereby ORDERED that the United States shall move for default judgment on or before April 15, 2011, or show cause why this case should not be dismissed.

Date:   April 4, 2011