IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-03103-PAB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$14,060.00 IN UNITED STATES CURRENCY,

    Defendant.

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

This matter comes before the Court on the United States' Motion for Default and Final Order of Forfeiture [Docket No. 29] as to defendant property.  The United States moved for "default" as opposed to "default judgment."  Given that the government has already moved for entry of default [Docket No. 9], which was granted by the Clerk's Office [Docket No. 10], the Court will construe the government's request as a motion for entry of default judgment.

The Court, having read the motion and being fully advised in the premises, finds that:

The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881.

All known interested parties have been provided an opportunity to respond and publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions.

After notice, the only party to file a claim in this matter is Kenneth Hart, who filed an Answer on February 14, 2011, through counsel Shimon Kohn, Esq., and Amended Answers on February 18, 22, and 23, 2011.  However, Kenneth Hart filed a motion to withdraw his Answer on February 23, 2011, which motion was granted by the Court on April 4, 2011 [Docket No. 25].  Thus, there are now no claimants contesting forfeiture of the defendant property.

Default was entered by the Clerk on April 6, 2011 [Docket No. 28].

Based upon the facts and verification set forth in the Verified Complaint [Docket No. 1], it appears by a preponderance of the evidence that there was reasonable cause for the seizure of the defendant property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.   It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881.

The Clerk of Court shall be directed to enter Judgment as to defendant property;

NOW, THEREFORE, IT IS ORDERED that:

1. Default judgment and forfeiture of defendant property, including all right, title, and interest, is hereby entered in favor of the United States;

2. The United States shall have full and legal title to the defendant property and may dispose of said property in accordance with law;

3. This Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465; and

4. The Clerk of Court is directed to enter Judgment as to defendant property.

DATED April 19, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge